ALICE HOFFMAN et al., Respondents, *v.* ELSIE FRAAD, Appellant, Impleaded with Another.

(Argued March 19, 1935; decided April 17, 1935.)

*John Patrick Walsh* and *Abraham J. Multer* for appellant.

*Thomas F. Compton* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.